**1**

Oscar GRAY v. STATE. (No. 10724.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. G. H. Crane, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for driving an automobile while under the influence of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

---

**2**

W. C. HARDIN v. STATE. (No. 10659.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Erath County; J. B. Keith, Judge. J. G. Bishop, of Gorman, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The unlawful possession of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

---

**3**

R. H. HARRISON v. STATE. (No. 10591.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Eastland County; Geo. L. Davenport, Judge. M. E. Lawrence and T. J. Cunningham, both of Eastland, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is manslaughter; punishment fixed at confinement in the penitentiary for a period of two years. Since the filing of his appeal in this court, appellant has filed a written motion, duly verified, requesting the dismissal of said appeal. The motion is granted, and the appeal is ordered dismissed.

---

**4**

J. L. HAWK v. STATE. (No. 10540.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Palo Pinto County; J. B. Keith, Judge. Mays & Mays and Dave T. Miller, all of Fort Worth, for ap-

pellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

---

**5**

Brady HOBBS v. STATE. (No. 10716.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Hill County; W. C. Wear, Special Judge. Clarke & Clarke, of Hillsboro, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appellant is under conviction for driving an automobile while intoxicated; his punishment being a fine of $100 and imprisonment in the county jail for 45 days. Appellant files in this court his affidavit, advising that he desires to withdraw his appeal and no longer prosecute the same. Complying with his request, the appeal is ordered dismissed.

---

**6**

John HOLCOMB v. STATE. (No. 10461.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Potter County; Henry S. Bishop, Judge. Culwell & Culwell, of Amarillo, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

---

**7**

W. H. JELLISON v. STATE. (No. 10759.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Orange County; V. H. Stark, Judge. J. T. Adams and E. L. Bruce, both of Orange, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is manslaughter; punishment fixed at confinement in the penitentiary for a period of five years. Upon written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.